GREENBERG TRAURIG, LLP
MARK D. KEMPLE (SBN 145219)
RADHA D. S. KULKARNI (SBN 293996)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:     kemplem@gtlaw.com
Email:     kulkarnir@gtlaw.com

Attorneys for Defendant Marriott Ownership Resorts, Inc.

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile:  (858)551-1232
Email:     norm@bamlawca.com

Attorneys for Plaintiff Stacy McComack

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MCCOMACK, an individual, on behalf of herself an on behalf of all persons similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT OWNERSHIP RESORTS, INC., a Corporation.<br>    Defendant. | CASE NO. 17-cv-1663-BEN-WVG<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE**<br><br>Ct Rm:        5A<br>Judge:        Hon. Roger T. Benitez<br><br>Action Filed:    August 18, 2017<br>Trial Date:     None Set |

NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL DATE

## NOTICE OF SETTLEMENT

Pursuant to this Court's June 22, 2020 order (Dkt. No. 36), Plaintiff Stacy McComack ("Plaintiff") and Defendant Marriott Ownership Resorts, Inc. ("Defendant") (collectively "the Parties") provide this Notice of Settlement.

The Parties hereby give notice to this Court that the Parties have reached a PAGA settlement which has been memorialized in a Settlement Agreement. The settlement resolves several pending PAGA cases including this one and therefore requires Court approval of the PAGA settlement. The motion for court approval has been filed in the related case, *Rita Payne v. Marriott Ownership Resorts, Inc.*, San Diego Superior Court Case No. 37-2018-00015175 and is set for hearing on July 24, 2020.

Now, therefore, the parties hereby STIPULATE and request that the Court vacate the August 18, 2020 trial date as set in the Court's Order dated June 25, 2020 (DKT 38).

DATED:  June 29, 2020          BLUMENTHAL, NORDREHAUG & BHOWMIL LLP

By:   */s/Charlotte E. James*
    Norman B. Blumenthal
    Piya Mukherjee
    Charlotte E. James
    Attorneys for Plaintiff Stacy McComack

DATED:  June 29, 2020          GREENBERG TRAURIG, LLP

By:   */s/ Mark D. Kemple*
    Mark D. Kemple
    Radha D.S. Kulkarni
    Attorneys for Defendant Marriott Ownership Resorts, Inc.

*In accordance with CASD ECF Policies and Procedures No. 4, I, Charlotte E. James, certify that Mark D. Kemple has concurred in the content of, and has authorized, this filing.*