UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY MCCOMACK, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT OWNERSHIP RESORTS, INC., a Corporation,<br><br>Defendant. | Case No.: 3:17-cv-01663-BEN-WVG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ENTIRE CASE**<br><br>[Doc. No. 42] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stacy McComack ("Plaintiff") voluntarily moves to dismiss this entire action with prejudice. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated:  July 30, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge